AO 240 (Rev. 7/96)

# UNITED STATES DISTRICT COURT

District of __MASS__

Heidi K. Erickson
Plaintiff

V.

CPCS et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04 11659 RCL

I, __H.K. Erickson__ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant  ☑ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☐ Yes  ☑ No  (If "No," go to Part 2)
   If "Yes," state the place of your incarceration _____
   Are you employed at the institution? ____ Do you receive any payment from the ____
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. *150 ca- Marshall Novak, Winthrop MA

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   7/5/04 # worked 3.5 days and was paid 150 ca- 2 weeks later

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment  ☐ Yes  ☑ No     I works
   b. Rent payments, interest or dividends           ☐ Yes  ☑ No   3.5 days 2004
   c. Pensions, annuities or life insurance payments ☐ Yes  ☑ No   2-3 days 2003
   d. Disability or workers compensation payments    ☐ Yes  ☑ No   Few     2002
   e. Gifts or inheritances                          ☐ Yes  ☑ No
   f. Any other sources                              ☐ Yes  ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.