UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO 04-

HEIDI K. ERICKSON
    *Plaintiff*

v.

*Emergency*
MOTION FOR PRELIMINARY INJUNCTION

COMMITTEE FOR PUBLIC COUNSEL SERVICES (CPCS)
William Leahey, Executive Director, CPCS
Patricia Wynn, Deputy Director, CPCS
Nancy Bennett, Director Private Counsel, CPCS
    *Defendants*

    The Plaintiff, Ms. Heidi K. Erickson, asks this Honorable Court to issue the following preliminary injunctions herein until such time as the merits of this case are decided by this court.

a. Order restraining the Defendants (CPCS and Leahey, Wynn and Bennett) from funding and/or immediate dispersal of funds necessary to secure an appointed defense counsel.

b. Order of appointment of Defense Counsel sufficient and effective to represent Plaintiff's interests.

c. Enjoin the Boston Municipal Court from adjudicating any criminal charges made again Plaintiff and orders transferring all claims, charges to be adjudicated in the Federal Court.

d. Order that the Plaintiff retain all rights under and pursuant to the Constitution, State Laws, Federal Regulations and/or Codes and that she may not be required to give up any of these rights in order to proceed with this Federal Complaint and seeking relief.

e. Restrain all Defendants and those in the related case referenced 03-CV-10875 from instituting any action to harm, physically and/or emotionally, slander, disseminate confidential information, other then in accordance with an order from this Court.

IN SUPPORT

Plaintiff relies upon her filed herewith Memorandum of Law in Support of Preliminary Injunction.

Plaintiff is without defense counsel due to the deprivation of her 6th Amendment Rights caused by Defendants neglect. Plaintiff is indigent within the meaning of 28 USC sect 1915, unable to afford effective defense counsel, and entitled to the relief sought in this Complaint.

In addition the Plaintiff fully qualifies to be a participant of CPCS funds and appointments of effective defense counsel pursuant to Massachusetts General Laws Ch. 261 sect 27a-f f.

Without effective counsel Plaintiff is deprived her Constitutional protections, risks the loss of liberty, suffers greater public scorn.

Plaintiff states that she, and will suffer irreparable harm if this court fails to grant this request for preliminary relief. The Defendants will not suffer any harm from the issuance of these orders and the public interest will be well served.

Plaintiff's claims are supported by the arguments in Plaintiff's Memorandum of Law in Support of Preliminary Injunction and the facts in the Plaintiff's Verified Complaint filed herewith of which a court of competent and unbiased jurisdiction has not fully heard.

Respectfully submitted by:

Heidi K. Erickson, *pro se*

*July 26th, 2004*