UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEIDI K. ERICKSON
Plaintiff

CIVIL ACTION NO 04-

04 11659 RCL

MOTION FOR SHORT ORDER AND ORAL
HEARING ON PRELIMINARY INJUNCTION

COMMITTEE FOR PUBLIC COUNSEL SERVICES (CPCS), ET AL
Defendants

1. The Plaintiff, Ms. Heidi K. Erickson, qualified to receive a court appointed defense counsel, is currently representing at the Boston Municipal Court, while Defendant's are depriving her of Constitutional protections.

2. A full hearing is required on a Preliminary Injunction on short notice as everyday Ms. Erickson is in fear for her life, safety and liberty.

3. Defendants, refusing to appoint effective counsel, conspiring with the each other in an attempt to do as much damage, harm and constitutional deprivation upon Ms. Erickson she requests that this Court enjoin the Boston Municipal Court and that this Court assign her federal defense counsel.

4. Thus to avoid irreparable injury to the Plaintiff, continued constitutional wrongs she requests that this Honorable Court for the issuance of a short order to return to hear Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted by:

Heidi K. Erickson, *pro se*     By signature herein I attest that I have caused a copy upon Defendants.
July 26th, 2004