UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI K. ERICKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-11659-RCL |
| | ) |
| COMMITTEE FOR PUBLIC | ) |
| COUNSEL SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated November 22, 2004, for the reasons stated therein, the above captioned matter is hereby ORDERED dismissed in its entirety, and the action terminated as a pending case in this Court.

By the Court,

/s/ Lisa Hourihan
Lisa Hourihan
Deputy Clerk

Dated: November 22, 2004